JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Great American Alliance Insurance Company, <br><br> Plaintiff, <br><br> v. <br><br> Village Gardens HOA et al, <br><br> Defendant(s). | SACV 22-01502-JVS(ADSx) <br><br> ORDER OF DISMISSAL UPON SETTLEMENT OF CASE |

The Court having been advised by counsel for the parties that the above-entitled action has been settled,

IT IS ORDERED that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause being shown within 60 days, to reopen the action if settlement is not consummated.

DATED: September 5, 2023

_____
James V. Selna
U.S. District Judge